UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERE THOMAS RAMEY, | Case No. 1:19-cv-00476-JDP (HC) |
| Petitioner, | ORDER TRANSFERRING CASE |
| v. | ECF No. 1 |
| M. E. SPEARMAN, | |
| Respondent. | |

Petitioner Jere Thomas Ramey, a state prisoner without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner challenges a sentence from Siskiyou County, *see* ECF No. 1 at 2, 6, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. The court will therefore transfer this case to the Sacramento Division. *See* Local Rule 120(d), (f).

**Order**

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento.

2. All future filings shall reference the new Sacramento case number assigned and must be filed at:
    United States District Court
    Eastern District of California
    501 "I" Street, Suite 4-200
    Sacramento, CA 95814.

1

IT IS SO ORDERED.

Dated:   April 15, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202